

# MEMORANDUM

**To:** The Honorable Walter H. Rice
U. S. District Court Judge

**From:** Melissa R. Dues
Senior United States Probation Officer

**Re:** ELENES, Mario
Dkt. #: Case: 3:15CR0113

**Date:** March 20, 2018

---

## REQUEST TO TRAVEL OUT OF THE UNITED STATES

Mario Elenes appeared before Your Honor On May 25, 2016, and was sentenced to 40 months imprisonment, followed by three (3) years supervised release, for the offense of Conspiracy to Possess with Intent to Distribute a Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance. Supervised release commenced in the Central District of California, as that is where Mr. Elenes maintains residency.

Mr. Elenes is in compliance with all supervision terms and conditions. He is gainfully employed, maintains a stable residence and is in full compliance with outpatient drug treatment and testing. Mr. Elenes is requesting to travel to Tijuana, Mexico, to visit his parents. Travel dates would be from March 30, 2018 to April 3, 2018. The Central District of California probation office does not oppose this travel.

If Your Honor approves, please indicate below in the appropriate space. If further information is needed, or there are any questions, please feel free to contact this officer at 512-1472.

ELENES, Mario

Respectfully submitted,
*Melissa R. Dues*
Melissa R. Dues
2018.03.21 13:11:23 -04'00'

Melissa Dues
Senior U. S. Probation Officer

Reviewed & Approved by,
*Kristin A. Keyer*
Kristin Ann Keyer
2018.03.21 13:14:25 -04'00'

Kristin Keyer
Supervising U. S. Probation Officer

✓ Approve

_____ Not Approve

_____
Signature of Judicial Officer

3-22-18
Date